United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16139-amc
Regina S Markley                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Sep 17, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             +Regina S Markley,    1512 Concord Court,    Quakertown, PA 18951-3771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Regina S Markley aaamcclain@aol.com,   edpabankcourt@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Markley, Regina S

    Debtor(s) : 18-16139

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Shober & Rock PC
308 N. Main Street, Ste 8400
Chalfont, PA 18914**

Re: **Markley, Regina S**
SSN: xxx-xx-7402

    The future earnings of the above named debtor Markley, Regina S, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    It **IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$600.00 monthly for 60 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$600.00 for 60 months**
    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

BY THE COURT:_____
                JUDGE  ASHELY M. CHAN

Shober & Rock PC                          **Date: September 17, 2018**
308 N. Main Street, Ste 8400
Chalfont, PA 18914

Markley, Regina S

1512 Concord Court
Quakertown, PA 18951


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123