Certificate Number: 03088-PAE-DE-031843378

Bankruptcy Case Number: 18-16139



03088-PAE-DE-031843378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2018, at 9:22 o'clock AM CDT, Regina S Markley completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 1, 2018

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor