# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16139-AMC

REGINA S MARKLEY

1512 CONCORD COURT

QUAKERTOWN, PA 18951

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    REGINA S MARKLEY

    1512 CONCORD COURT

    QUAKERTOWN, PA 18951

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 12/12/2018

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee