United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Regina S Markley
        Debtor

Case No. 18-16139-amc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Jul 16, 2019 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
14230274        +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
        Charlotte, NC 28217-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
       JOHN L. MCCLAIN    on behalf of Debtor Regina S Markley aaamcclain@aol.com,  edpabankcourt@aol.com
       REBECCA ANN SOLARZ    on behalf of Creditor   Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ    on behalf of Creditor   Carisbrook Asset Holding Trust
  bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                        TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16139-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Regina S Markley
1512 Concord Court
Quakertown PA 18951

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 10: RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217

Name and Address of Transferee:

KINGSMEAD ASSET HOLDING TRUST
C/O RoundPoint Mortgage Servicing Corp
PO Box 19409
Charlotte, NC 282199409

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/18/19

Tim McGrath

**CLERK OF THE COURT**