## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
    Markley, Regina S  :
      : 18-16139
    Debtor  :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK OF THE COURT:

    The Debtor through and by her counsel, John L. McClain, Esquire, hereby requests the court to kindly change the Debtor's address in the above captioned matter.

The Debtor's old address was:

1512 Concord Court
Quakertown, PA 18951

AND

The Debtor's new address is:

2542 Wellington Way
Telford, PA 18969

Date:  July 23, 2019

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
(215) 893-9357