## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina S. Markley<br>　　　　　　Debtor<br><br>KINGSMEAD ASSET HOLDING TRUST<br>　　　v.<br>Regina S. Markley<br>　　　　　　Movant<br>　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 18-16139 AMC |

### ORDER

AND NOW, this 24th day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 20, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow KINGSMEAD ASSET HOLDING TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1512 Concord Court Quakertown, PA 18951.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Regina S. Markley
1512 Concord Court
Quakertown, PA 18915

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532