```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 18-16139-amc
Regina S Markley                                                        Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey                 Page 1 of 1                  Date Rcvd: Jul 24, 2019
                               Form ID: pdf900              Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             #+Regina S Markley,    1512 Concord Court,    Quakertown, PA 18951-3771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 03:01:38       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Regina S Markley aaamcclain@aol.com,    edpabankcourt@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Regina S. Markley<br>                Debtor | Chapter 13 |
| KINGSMEAD ASSET HOLDING TRUST<br>      v.<br>Regina S. Markley<br>                Movant<br>      and<br>William C. Miller Esq.<br>                Trustee | NO. 18-16139 AMC |

**ORDER**

AND NOW, this 24th day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 20, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow KINGSMEAD ASSET HOLDING TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1512 Concord Court Quakertown, PA 18951.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Regina S. Markley
1512 Concord Court
Quakertown, PA 18915

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532