## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina S. Markley<br>　　　　　　　Debtor<br><br>KINGSMEAD ASSET HOLDING TRUST<br>　　　　　　　Movant<br>　　vs.<br><br>Regina S. Markley<br>　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 18-16139 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Carisbook Asset Holding Trust (a Transfer of Claim was filed on July 15, 2019, transferring the claim to current Movant, Kingsmead Asset Holding Trust), which was filed with the Court on or about October 11, 2018 (Document No. 12).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

August 9, 2019