United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-16139-amc
Regina S Markley   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Stacey   Page 1 of 1   Date Rcvd: Sep 27, 2019
                          Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
14357218   KINGSMEAD ASSET HOLDING TRUST,   C/O RoundPoint Mortgage Servicing Corp,   PO Box 19409,   Charlotte, NC 282199409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
      DANIEL P. JONES   on behalf of Creditor    Carisbrook Asset Holding Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com
      DANIEL P. JONES   on behalf of Creditor    Kingsmead Asset Holding Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com
      JOHN L. MCCLAIN   on behalf of Debtor Regina S Markley aaamcclain@aol.com, edpabankcourt@aol.com
      REBECCA ANN SOLARZ   on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16139-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Regina S Markley
2542 Wellington Way
Telford PA 18969

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: KINGSMEAD ASSET HOLDING TRUST, C/O RoundPoint Mortgage Servicing Corp, PO Box 19409, Charlotte, NC 282199409 | Carisbrook Asset Holding Trust<br>c/o RoundPoint Mortgage Servicing<br>5016 Parkway Plaza Blvd., Buildings 6 & |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/29/19

Tim McGrath
**CLERK OF THE COURT**