**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                               : Chapter 13
  **Markley, Regina S**

          **Debtor**                :  **18-16139**

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this  7th   day of  October   , 2019, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $6,792.50
and $0.00 in expenses are **ALLOWED,** and  the unpaid balance of $6,792.50
and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.

_____
Ashely M. Chan
United States BankruptcyJudge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Markley, Regina S
2542 Wellington Way
Telford, PA 18969