United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-16139-amc
Regina S Markley                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Oct 07, 2019
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db            +Regina S Markley,    2542 Wellington Way,    Telford, PA 18969-1080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 08 2019 03:19:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
      DANIEL P. JONES    on behalf of Creditor    Carisbrook Asset Holding Trust
               djones@sterneisenberg.com,   bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    Kingsmead Asset Holding Trust djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JOHN L. MCCLAIN    on behalf of Debtor Regina S Markley aaamcclain@aol.com,   edpabankcourt@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Markley, Regina S

Debtor : 18-16139

## ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this  7th   day of  October    , 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $6,792.50 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $6,792.50 and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Ashely M. Chan
United States BankruptcyJudge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Markley, Regina S
2542 Wellington Way
Telford, PA 18969