# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16139-MDC

REGINA S MARKLEY

2542 WELLINGTON WAY

TELFORD, PA 18969-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    REGINA S MARKLEY

    2542 WELLINGTON WAY

    TELFORD, PA 18969-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee