United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Regina S Markley  
    Debtor

Case No. 18-16139-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 26, 2023     Form ID: 138OBJ     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina S Markley, 2542 Wellington Way, Telford, PA 18969-1080 |
| 14197677 | + | CALLAHAN, ANDREW E, Esquire, 2448 COTTMAN AVE, PHILADELPHIA, PA 19149-1302 |
| 14200038 | + | Carisbrook Asset Holding Trust, C/O REBECCA ANN SOLARZ, 710 Market Street, Ste. 5000, Philadelphia, PA 1910, Carisbrook Asset Holding Trus 19106-2312 |
| 14197680 | + | GreenTrust Cash, PO Box 340, Hays, MT 59527-0340 |
| 14197683 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14383649 | + | Kingsmead Asset Holding Trust, C/O DANIEL P. JONES, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14197692 | + | PPL Electric Utilities, 2 North 9th Street, CPC-Genn1, Allentwon, PA 18101-1179 |
| 14233776 | + | PPL ElectricUtilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14197690 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14197693 | | Radian Cash, 4988 Bay St, Emeryville, CA 94608 |
| 14197694 | + | Regina S Markley, 1512 Concord Court, Quakertown, PA 18951-3771 |
| 14197700 | + | WEINBERG, FREDERIC IVAN, Esq., 375 E ELM ST STE 210, CONSHOHOCKEN, PA 19428-1973 |
| 14197701 | + | Willow Stream Condominium Assoc, PO Box 745, Warrington, PA 18976-0745 |
| 14215126 | + | Willow Stream Condominium Association, 975 Easton Road, Suite 102, Warrington, PA 18976-1858 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 07:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14228883 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14197673 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:30 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14217680 | + | Email/Text: bknotices@totalcardinc.com | Jul 27 2023 07:31:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 14197674 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2023 07:31:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 14197675 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2023 07:31:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14197676 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 27 2023 07:31:00 | Caine & Weiner Co, Po Box 55848, Sherman Oaks, CA 91413 |

Case 18-16139-mdc   Doc 69   Filed 07/28/23   Entered 07/29/23 00:29:22   Desc Imaged
                     Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14228884 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14197678 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 07:50:29 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14197679 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 27 2023 07:38:19 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14197681 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 07:31:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14357218 | ^ | MEBN | Jul 27 2023 07:30:59 | KINGSMEAD ASSET HOLDING TRUST, C/O RoundPoint Mortgage Servicing Corp, PO Box 19409, Charlotte, NC 282199409 |
| 14197684 | ^ | MEBN | Jul 27 2023 07:31:04 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14197685 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 07:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14197687 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 07:31:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR SUITE 300, SAN DIEGO, CA 92108-2710 |
| 14197686 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 07:31:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14224194 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 07:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14197688 | + | Email/Text: Bankruptcies@nragroup.com | Jul 27 2023 07:31:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14225923 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 07:38:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14197766 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 07:38:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14197691 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 07:38:19 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14197695 | ^ | MEBN | Jul 27 2023 07:30:58 | RoundPoint Mortgage Servicing Corporatio, 5016 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217-1930 |
| 14230274 | ^ | MEBN | Jul 27 2023 07:30:58 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14209350 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 07:31:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14197696 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 07:31:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14197697 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:19 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14197698 | + | Email/Text: bknotices@totalcardinc.com | Jul 27 2023 07:31:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14197699 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 07:31:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 43

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14395736 | | Carisbrook Asset Holding Trust, c/o RoundPoint Mortgage Servicing, 5016 Parkway Plaza Blvd., Buildings 6 & |
| 14197682 | * | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |
| 14197689 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Kingsmead Asset Holding Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Carisbrook Asset Holding Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Carisbrook Asset Holding Trust djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Kingsmead Asset Holding Trust djones@sterneisenberg.com bkecf@sterneisenberg.com |
| JOHN L. MCCLAIN | on behalf of Debtor Regina S Markley aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Regina S Markley

       Debtor(s)                        Case No: 18−16139−mdc

                                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                            900 Market Street
                                                Suite 400
                                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/26/23